IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: SYBIL M. MCWILLIAMS                                    CHAPTER 13
                                                               BANKRUPTCY CASE NO. 21-01973-KMS

## DEBTOR'S MOTION FOR SUSPENSION OF PAYMENTS

COMES NOW Debtor(s), by and through counsel, and file this Debtor's Motion for Suspension of Payments and would show the following, to-wit:

1. That Debtor filed this Chapter 13 Bankruptcy Petition on November 23, 2021.

2. That Debtor requests a suspension to cure existing arrearage through June, 2022, with payments to resume in July, 2022. The Debtor became behind on her plan payments. Debtor therefore requests that the missed mortgage payments to loanDepot.com, LLC (claim # 1) be paid over the remaining months of the bankruptcy plan with the wage order raised accordingly.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Plan payments be suspended with the existing arrearage and the missed mortgage payments through June, 2022, be paid over the remaining months of the bankruptcy commencing July, 2022, with the wage order raised.

May 27, 2022                                    /s/ Charles C. Julian, Jr.

OF COUNSEL:

/s/ Charles C. Julian, Jr.

Charles C. Julian, Jr. MSB # 101685
Dabbs Law Firm, P.C.
P.O. Box 109
Brandon, MS 39043
601-664-2400
Fax: 601-664-2700
charliejulian@yahoo.com

CERTIFICATE OF SERVICE

      I, Charles C. Julian, Jr., attorney for Debtors, do hereby certify that I have this day served a true and correct copy of the above and foregoing to the Case Trustee, and the U.S. Trustee through the Courts ECF system, and the creditors at the addresses on the attached matrix.

      This the 27th day of May, 2022.

      /s/ Charles C. Julian, Jr.

Charles C. Julian, Jr.
Dabbs Law Firm, P.C.
P O Box 109
Brandon, MS 39043
601-664-2400
Fax: 601-664-2700
MSB # 101685
charliejulian@yahoo.com